THE STATE, DEFENDANT IN ERROR, v. RUDOLPH F. HARNED, PLAINTIFF IN ERROR.

Submitted December 12, 1905—Decided June 18, 1906.

On error to the Supreme Court.

For the plaintiff in error, *Samuel Kalisch.*

For the defendant in error, *Samuel A. Atkinson,* prosecutor of the pleas.

PER CURIAM.

The judgment brought up by this writ of error is affirmed, for the reasons given in the opinion of Mr. Justice Fort, in the Supreme Court, in the case of *State* v. *Davis,* reported in 43 *Vroom* 345.

*For affirmance*—THE CHANCELLOR, GARRISON, HENDRICKSON, PITNEY, SWAYZE, REED, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL.   12.

*For reversal*—None.